IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELISSA HERRERA, *a/k/a Veronica,*<br>*an Individual,* | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY & JIMMY'S ENTERTAINMENT,<br>LLC, *a/k/a Pandora Men's Club,* and<br>BRANDON CROSBY, *an Individual,* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:20-CV-2804-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered

civil action be **DISMISSED** with prejudice.

SIGNED this 24ᵗʰ day of May, 2021.



SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE